petitioner. *Tom Gentry,* Attorney General of Arkansas, and *Thorp Thomas* and *James L. Sloan,* Assistant Attorneys General, for respondent.

No. 477, Misc. PULT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 479, Misc. SIMPSON *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 480, Misc. BARR *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 483, Misc. REED *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 484, Misc. SELFRIDGE *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 485, Misc. COOPER *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 489, Misc. CHAPMAN *v.* OHIO DEPARTMENT OF PUBLIC WELFARE. C. A. 6th Cir. Certiorari denied.

No. 497, Misc. GOSS *v.* INDIANA. Circuit Court of Putnam County, Indiana. Certiorari denied.

No. 505, Misc. HERTZ *v.* ALVIS, WARDEN. Supreme Court of Ohio. Certiorari denied.